**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Ernest B. Canchola
      Maria G. Canchola

Debtor

Case No.: 05–20471

Chapter: 13

**ENTERED**
**11/13/2009**

## ORDER DISMISSING CHAPTER 13 CASE

On this day came on for consideration the Trustee's Motion to Dismiss. The Court, having heard the evidence and arguments of counsel, finds that the Motion should be granted.

It is therefore ORDERED that the Trustee's Motion to Dismiss is hereby GRANTED and the above–referenced case is hereby DISMISSED.

It is further ORDERED that all funds paid on behalf of the Debtor(s) into the Trustee's account be paid to creditors in accordance with the Debtor(s)'s Chapter 13 Plan or schedules per the Trustee's normal disbursement procedures.

Signed and Entered on Docket: 11/13/09

RICHARD S. SCHMIDT
United States Bankruptcy Judge